UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
: 
SKINNYBOND, INC, SKINNYEAST, INC &     :
SKINNEYMGMT INC.,                                        :
                                                                          :
                                      Plaintiffs,        :                    25-CV-7805 (VSB)
                                                                          :
                        -against-                         :                    **ORDER**
                                                                          :
TREAT MEDSPA LLC, SARAH BONNER &     :
LINDSAY MALACHOWSKI,                            :
                                                                          :
                                      Defendants.     :
                                                                          :
------------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

On December 15, 2025, Defendants filed a motion to dismiss Plaintiffs' complaint. (Doc. 17.) On December 31, 2025, Plaintiffs filed an amended complaint pursuant to Federal Rule of Civil Procedure 15(a). (Doc. 18.) On January 19, 2026 Defendants filed a motion to dismiss Plaintiffs' amended complaint. (Doc. 21.) "[W]hen a plaintiff properly amends [a] complaint after a defendant has filed a motion to dismiss that is still pending, the district court has the option of either denying the pending motion as moot or evaluating the motion in light of the facts alleged in the amended complaint." *Pettaway v. Nat'l Recovery Sols., LLC*, 955 F.3d 299, 303–04 (2d Cir. 2020).

Accordingly, it is hereby:

ORDERED that Defendants shall file a letter by April 8, 2026 deciding whether their previously filed motion to dismiss, (Doc. 17), should be deemed moot, or if I should evaluate Defendants' previously filed motion to dismiss in light of the facts alleged in the amended complaint.

1

2

SO ORDERED.

Dated:  April 1, 2026
            New York, New York

Vernon S. Broderick
United States District Judge

2