UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SKINNYBOND, INC., SKINNYEAST, INC.,
AND SKINNEYMGMT INC.,

                Plaintiffs,                  Case No. 1:25-cv-7805-VSB-HJR

      -against-

TREAT MEDSPA LLC, SARAH BONNER, AND         RESPONSE TO
LINDSAY MALACHOWSKI,               COURT ORDER
                                  INQUIRY

                Defendants.
-------------------------------------------------------------X

PLEASE TAKE NOTICE, that the undersigned, attorney for Defendants herein, in response to the Court Order, dated April 1, 2026, respectfully requests that the Court treat Defendants' initial Motion to Dismiss (Doc 17) as moot or withdrawn, and to consider instead their Renewed Motion to Dismiss (Doc 21).

Dated: April 8, 2026          Respectfully Submitted,

                        LAW OFFICE OF LEONARD N FLAMM
                        Attorney for Defendants
                        91 Norwood Ave.
                        Montclair, NJ 07043
                        (973) 655-0026 or (917) 216-6116
                        drelano@aol.com
                        By:  s/ Leonard N. Flamm

                        Leonard N. Flamm

This response was emailed to the chambers inbox at 4:57 p.m. E.T. on April 8, 2026.  The motion to dismiss at Doc. 17 is hereby DENIED AS MOOT. The Clerk of Court is respectfully directed to terminate the motion pending at Doc. 17.

SO ORDERED:    4/10/2026

_____
HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE