UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

SKINNYBOND, INC. et al,

       Plaintiff,

   -v-                           No.  25-CV-07805-LTS-HJR

TREAT MEDSPA LLC et al,

       Defendant.

--------------------------------------------------------x

<u>ORDER</u>

The above-captioned case was transferred to the undersigned on May 12, 2026.

By order dated May 15, 2026, the Court directed the parties to file a joint status update by May 29, 2026.  (Docket entry no. 32.)  The parties have not done so.

The parties are once again directed to promptly meet and confer and to file a **joint status update, within 14 days** after the entry of this Order, setting forth the following matters:

    a.  The names of counsel and current contact information.
    b.  A concise statement of the nature of this action, including the nature of the claims and the principal defenses.
    c.  A concise statement of each party's position as to the basis of this Court's jurisdiction of the action, with citations to all statutes relied upon and relevant facts as to citizenship and jurisdictional amount.
    d.  All existing scheduling orders, deadlines, due dates, cut-off dates, and scheduled future conference or argument dates.
    e.  A statement identifying and summarizing the subject matter and status of any pending appeals.
    f.  Whether any related litigation is pending in this or any other forum.
    g.  The status of settlement discussions and the prospects for settlement of the action in whole or in part, <u>provided</u> that the joint status update shall not disclose to the Court specific settlement offers or demands.
    h.  Whether mediation might facilitate resolution of the case.
    i.  A concise statement of all issues to be decided by the Court, including whether any motions are pending or being briefed, and a concise description

of the nature and status of any such motions, including whether the parties anticipate filing supplemental briefing or supplemental authority.

j.   If applicable, a concise statement of all material uncontested or admitted facts, as well as each party's concise statement of material disputed facts.

k.   If applicable, the status of discovery, including whether any further discovery remains and whether any discovery disputes remain.

l.   Any other information the parties believe may assist the Court in advancing the above-captioned case to settlement or trial, including whether related cases are pending in this court or in any other forum.

The parties are reminded that failure to respond as directed may result in sanctions, up to and including dismissal.

SO ORDERED.

Dated: New York, New York
          June 18, 2026

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge